United States District Court
Southern District of Texas
FILED

JUL 19 2005

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § § § § § | CRIMINAL NO. L<br>**L-05-1659** |
| OSCAR PALACIOS<br>ERICK MADRIGAL<br>JOSE ARTURO VERGARA<br>FIDEL TORRES | § § § § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
**Conspiracy - 21 U.S.C. §§ 846, 841(a)(1)**

From on or about March 6, 2002, and continuing to the time of this indictment, in the Southern District of Texas and within the jurisdiction of the Court,

**OSCAR PALACIOS,**
**ERICK MADRIGAL,**
**JOSE ARTURO VERGARA, and**
**FIDEL TORRES**

defendants herein, did knowingly and intentionally conspire, combine, confederate and agree with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This offense involved a quantity exceeding one thousand kilograms

1

(1,000) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1), 841(b)(1)(A).

## COUNT TWO
### Aiding and Abetting Possession- 21 U.S.C. § 841(a)(1)

On or about November 13, 2002, in the Southern District of Texas and within the jurisdiction of the Court,

**OSCAR PALACIOS and
FIDEL TORRES**

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance. This offense involved a quantity in excess of one thousand (1000) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT THREE
### Aiding and Abetting Possession- 21 U.S.C. § 841(a)(1)

On or about August 1, 2003, in the Southern District of Texas and within the jurisdiction of the Court,

**OSCAR PALACIOS**

**JOSE ARTURO VERGARA**

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance. This offense involved a quantity in excess of one hundred (100) kilograms of marihuana, a

2

Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT FOUR
### Aiding and Abetting Possession- 21 U.S.C. § 841(a)(1)

On or about July 12, 2003, in the Southern District of Texas and within the jurisdiction of the Court,

**ERICK MADRIGAL**

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance. This offense involved a quantity in excess of one hundred (100) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
GRAND JURY

CHUCK ROSENBERG
United States Attorney

_____
MARINA GARCIA MARMOLEJO
Assistant United States Attorney

3