# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ TEXAS

UNITED STATES OF AMERICA

**U.S. MAGISTRATE COURT**
**MCN – SDTX**
**FILED**

AUG 2 5 2005

**Michael N. Milby, Clerk**
**Laredo Division**

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

V.

FIDEL TORRES
*Defendant*

Case    L-05-CR-1659-06

Upon motion of the _____ U. S. GOVERNMENT _____ , it is ORDERED that a

detention hearing is set _____ 8/30/05 _____ * at _____ 11:00 A.M. _____
            *Date*                                        *Time*

before _____ U. S. MAGISTRATE JUDGE, MARCEL C. NOTZON _____
            *Name of Judicial Officer*

_____ ROOM 2A, 1300 VICTORIA, LAREDO, TEXAS _____
            *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ ) and produced for the
            *Other Custodial Official*

Date: _____ 8/25/05 _____

*Judicial Officer* MARCEL C. NOTZON

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.