UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | CRIMINAL NO. L-05-CR-1659 |
| | § | |
| FIDEL TORRES | § | |

### INFORMATION ON PRIOR CONVICTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States Attorney for the Southern District of Texas and pursuant to Title 21, United States Code, Section 851, and Title 28, United States Code, Section 994(h) files this Information on Prior Conviction of the above-named Defendant.

The United States Attorney represents to the Court that Defendant has the following prior conviction and therefore is liable for the enhancement provisions of Title 21, Chapter 13, United States Code, Sections 841(b)(1)(A), and Title 28, United States Code, Section 994(h) to-wit:

(1) On June 13, 1996, Defendant was arrested and charged with possession of marijuana (felony). On January 28, 1997, in the 49th District Drug Impact Court, Laredo, Texas, Cause No. K-96-660D1, Defendant was convicted of said felony offense and was sentenced to 8 years probation.

                                                  Respectfully submitted,

                                                  CHUCK ROSENBERG
                                                  UNITED STATES ATTORNEY

                                                  "s/"
                                                  MARINA GARCIA MARMOLEJO
                                                  Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Information on Prior Conviction has been delivered to Jeffrey Czar, Attorney for Defendant, on this the 13th day of September 2005 via facsimile.

"s/"
MARINA GARCIA MARMOLEJO
Assistant United States Attorney