FILED
05 NOV 16 AM 11:05
U.S. COURTS
SOUTHERN DISTRICT
OF TEXAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. L-05-1659 |
| | § | |
| FIDEL TORRES | § | |

## INFORMATION ON PRIOR CONVICTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States Attorney for the Southern District of Texas and pursuant to Title 21, United States Code, Section 851, and Title 28, United States Code, Section 994(h) files this Information of Prior Convictions of the above-named Defendant.

The United States Attorney represents to the Court that Defendant has the following prior convictions and therefore is liable for the enhancement provisions of Title 21, Chapter 13, United States Code, Sections 841(b)(1)(A), and Title 28, United States Code, Section 994(h) to-wit:

1. On May 18, 1989, Defendant pled guilty to possession with intent to distribute marijuana in Cause No. L-89-250-001, United States District Court, Southern District of Texas, Laredo Division. Defendant was sentenced to 18 months imprisonment, to be followed by a term of supervised release of 4 years and a $100 special assessment, said judgment entered on September 8, 1989.

2. On June 13, 1996, Defendant pled guilty to possession of marijuana in Cause No. K-96-660D1, 49th District Drug Impact Court, Laredo, Texas. Defendant was sentenced to 8 years probation on January 28, 1997.

Respectfully submitted,

CHUCK ROSENBERG
UNITED STATES ATTORNEY

*/s/* *Jose A. Moreno*
for MARINA GARCIA MARMOLEJO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Information on Prior Convictions was hand delivered to Jeffrey Czar, Attorney for Defendant, on this the 16th day of November 2005.

*/s/* *Jose A. Moreno*
for MARINA GARCIA MARMOLEJO
Assistant United States Attorney