

United States District Court
Southern District of Texas
FILED

NOV 2 2 2005

Michael N. Milby, Clerk
Laredo Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

UNITED STATES OF AMERICA     *
    *
    *     CR NO. L-05-1659
Vs.     *
    *
    *
Fidel Torres     *

## WAIVER OF JURY: CONSENT OF UNITED STATES:
## APPROVAL BY THE COURT

    Honorable __GEORGE P. KAZEN__ I, the undersigned defendant in this cause, after being in open court and advised that I have the constitutional privilege to a trial by a jury, do hereby, in open court, voluntarily waive my right to a trial by jury in this cause and voluntarily consent that all proceedings had in this cause may be before the court without a jury.

_____     x _____
Counsel for Defendant                                         Defendant

UNITED STATES OF AMERICA, acting by and through, the United States Attorney, and, __Marina Garcia Marmolejo__, Assistant United States Attorney, does hereby consent in open court, that the defendant by tried without a jury.

                                                    UNITED STATES ATTORNEY

                                                    By_____
                                                        Assistant U.S. Attorney

This _11-22-05_ day of _____, 20 _____, came defendant, _Fidel Torres_, in person, and the United States of America appearing by and through the United States Attorney, and the aforementioned defendant having an open court voluntarily waived trial by jury in this cause and executed the waiver of trial by jury hereinabove set out in open court, and the United States of America in open court having consented to waiver of trial by jury by the aforementioned defendant, and the consent waiver of trial by jury hereinabove set out having been duly executed in open court by an officer representing the United States in this cause, the court does hereby approve the waiver of jury trial by defendant.

_George P. Fay_
UNITED STATES DISTRICT CHIEF JUDGE