United States District Court
Southern District of Texas
FILED
MAR - 2 2006
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION


United States District Court
Southern District of Texas
ENTERED
MAR - 3 2006
Michael N. Milby, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § | CRIMINAL NO. L-05-1659 |
| FIDEL TORRES | § § | |

## ORDER ON AGREED MOTION FOR DEFENDANT'S PSYCHIATRIC AND PSYCHOLOGICAL EXAMINATION

Having carefully considered the Government's Agreed Motion for Defendant's Psychiatric and Psychological Examination, the Court finds that a complete psychiatric and psychological examination of the defendant is warranted. The ends of justice are served by resolving whether the defendant was mentally responsible at the time of the commission of the instant offense, and whether the defendant does, in fact, suffer from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The Government's Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the defendant be committed to the Federal Medical Center in Springfield, Missouri, for a reasonable period of time necessary to complete a psychiatric and psychological examination of defendant, to determine (1) his sanity at the time of the offense charged, and (2) whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Said examinations shall be completed and the doctor's report forwarded to this Court within a

reasonable period of time, which in no event shall exceed 45 (forty-five) days, unless such period is later extended by this Court for good cause shown. The report is to include: (1) the examiner's findings pertaining to the defendant's history and present symptoms; (2) the examiner's findings and the tests employed by the examiner; (3) the examiner's opinion as to diagnosis of whether the defendant was sane at the time of the offense charged and whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**SO ORDERED** at Laredo, Texas, this _____ day of **March, 2006.**

GEORGE P. KAZEN
UNITED STATES DISTRICT JUDGE

U. S. MARSHAL'S OFFICE
BY: _____
DATE: 03-03-06
TIME: 13:40 p~