

**U.S. Department of Justice**

Federal Bureau of Prisons

*Washington, DC 20534*

April 7, 2006

United States District Court
Southern District of Texas
FILED

APR 1 8 2006

Michael N. Milby, Clerk
Laredo Division

The Honorable George P. Kazen
Judge of the U.S. District Court
  for the Southern District of Texas
1300 Matamoras Street, Room 311
Laredo, Texas 78040

**Re: Torres, Fidel Jr.**
    **Reg. No. 47740-079**
    **Doc. No. L-05-1659**

Dear Judge Kazen:

This is in response to your order that Fidel Torres, Jr., be designated to the United States Medical Center for Federal Prisoners (USMCFP), Springfield, Missouri, for a study under Title 18, U.S. Code, Sections 4241(b) and 4242.

At the time of Mr. Torres' designation, USMCFP Springfield was experiencing population pressures and could not accommodate additional forensic evaluations. Therefore, we have designated Mr. Torres to the Federal Medical Center, Devens, Massachusetts, where he will receive a comprehensive evaluation.

If we may be of further assistance, please contact us at (202) 353-4659.

Sincerely,

*Joanne Phillips*

for RADM Newton E. Kendig
Medical Director