IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL No. L-05-1659 |
| | § | |
| FIEL TORRES | § | |

### UNITED STATES' NOTICE REGARDING EXPERT TESTIMONY

The United States will call as a witness, in its case in chief, a Drug Enforcement Administration Special Agent who will be questioned about the value of marihuana.

The United States will also call as a witness, in its case-in-chief, a Forensic Chemist to testify as an expert regarding the analysis he performed on the substance submitted to the laboratory, which tested positive for marihuana. Copies of the laboratory report in question have been available to counsel for review during the discovery process.

It is well-settled that pursuant to Fed.R.Evid. 702, "an experienced narcotics agent may testify about the significance of certain conduct or methods of operation unique to the drug distribution business, as such testimony often is helpful in assisting the trier of fact understand the evidence." United States v. Washington, 44 F.3d 1271, 1283 (5th Cir. 1995)(collecting cases). Further, it is not necessary that the testifying expert agent be involved in the arrest or investigation of the defendant on trial. See, e.g., United States v. Speer, 30 F.3d 605, 609 (5th Cir. 1994).

DONALD J. DeGABRIELLE, JR.
United States Attorney

By: /s/_____
Marina Garcia Marmolejo
Assistant United States Attorney
Southern District of Texas
1100 Matamoros
Laredo, Texas 78042
Phone No. 956-723-6523
SBN 00796949

CERTIFICATE OF SERVICE

A copy of the foregoing has been delivered via electronic filing to the Attorney for the Defendant, Jeffrey Czar on this the **21st** day of **April** 2006.

/s/_____
Marina Garcia Marmolejo
Assistant United States Attorney