IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED
SEP 1 7 2008
Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CRIMINAL NO. L-05-1659 |
| FIDEL TORRES | * | |

## ORDER

This Defendant has filed a Request for Trial Transcript and Other Documents (Docket No. 249). He essentially wants a free transcript of his entire criminal proceedings. Defendant offers nothing to support his alleged pauper status, nor does he explain the need for the transcripts.

Defendant was sentenced almost two years ago, in October 2006. He promptly filed a Notice of Non-Appeal after sentencing, which was pursuant to a plea agreement with the Government. Therefore, this case became final long ago. The time for filing an appeal and the time for any §2255 post-conviction challenge has passed. Defendant is not entitled to free transcripts, at taxpayer's expense, simply for his edification.

The motion is DENIED.

DONE at Laredo, Texas, this 17th day of September, 2008.

_____
United States District Judge