IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | Criminal Action No. L-05-1659 |
| | § | |
| FIDEL TORRES, JR. | § | |

## MEMORANDUM AND ORDER

Pending are two motions from Defendant requesting that the Court unseal portions of the record. (Dkt. Nos. 255, 281.) Defendant asserts that he is "entitled to said documents and transcripts in order to prepare an adequate [motion under 28 U.S.C.] § 2255 . . . ." (Dkt. 281 at 1.)

A defendant must file a § 2255 motion within one year of "the date on which the judgment of conviction becomes final." 28 U.S.C. § 2255(f)(1). Defendant was sentenced on October 17, 2006. He filed a Notice of Non-Appeal on the same day (Dkt. 181), and the Court entered the Judgment of his conviction on October 27, 2006. (Dkt. 183.) The time for Defendant to file a § 2255 passed long ago.

The pending motions (Dkt. Nos. 255, 281) are DENIED.

DONE at Laredo, TX, this 24th day of March, 2011.

_____
George P. Kazen
Senior United States District Judge