IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | Crim. No. L-05-1659 |
| FIDEL TORRES | § | |

## MEMORANDUM AND ORDER

Pending before the Court is the Defendant's Motion to Obtain Court Transcripts and Records, filed October 15, 2013. (Dkt. 326.) The Defendant filed an essentially identical motion on September 12, 2008. (Dkt. 249.) The Court denied that motion, finding that the Defendant's conviction was already final, the time for filing a §2255 motion had already passed, and the "Defendant is not entitled to free transcripts, at taxpayer's expense, simply for his edification." (Dkt. 250.) The Defendant filed a very similar motion again on March 11, 2011, asking for the Court to unseal and produce certain court documents and transcripts. (Dkt. 281.) The Court again denied this motion, finding that the Defendant's deadline for filing a §2255 motion had already passed, so the Defendant was not entitled to the records and transcripts. (Dkt. 282.) Nothing

has changed since the Court denied these two nearly identical motions. This Motion is a blatant abuse of the Court's time.

Accordingly, the Defendant's Motion (Dkt. 326) is DENIED with prejudice. The Court further ORDERS that the District Clerk not docket any more attempted filings by the Defendant in this case without first seeking the Court's permission.

DONE at Laredo, Texas, this 17th day of October, 2013.

George P. Kazen
Senior United States District Judge