# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 30, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-41445    USA v. Fidel Torres
                       USDC No. 5:05-CR-1659-7

The court has granted appellant's motion to reinstate the appeal.

Appellant's Motion to Proceed IFP, previously received in this court 2/18/15, will be transmitted to the district court for ruling.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    James deMontluzin, Deputy Clerk
                                    504-310-7679

Mr. David J. Bradley
Ms. Renata Ann Gowie
Mr. Fidel Torres